rari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Sher* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key, J. Louis Monarch, Joseph M. Jones,* and *Warner W. Gardner* for respondent.

No. 179. JONES *v.* PAGE ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Joseph B. Brennan* and *W. A. Sutherland* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, J. Louis Monarch,* and *Mills Kitchin* for respondents.

No. 50. CONSOLIDATED FREIGHT LINES, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Erskine Wood* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 51. F. J. KRESS BOX CO. ET AL. *v.* CITY OF PITTSBURGH ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. A. E. Kountz* for petitioners. *Mr. Cornelius D. Scully* for respondents.

No. 52. LYDERS *v.* COUNTY OF DEL NORTE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. C. F. R. Ogilby* and *Eric Lyders* for petitioner. *Mr. Charles Reagh* for respondent.